No. 98–195.  SMITH ET UX. *v.* HUNTON ET AL.  C. A. 10th Cir. Certiorari denied.

No. 98–196.  PARRETTI *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 98–202.  GROOM *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 98–205.  HOSCH *v.* BANDAG, INC., ET AL.  C. A. 4th Cir. Certiorari denied.

No. 98–206.  MESSINA *v.* JOHN LABATT, LTD., ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 98–207.  PREMRATANANONT *v.* SOUTH SUBURBAN PARK AND RECREATION DISTRICT.  C. A. 10th Cir.  Certiorari denied.

No. 98–210.  SPETH *v.* CAPITOL INDEMNITY CORP. ET AL. C. A. 7th Cir.  Certiorari denied.

No. 98–213.  UPSHAW *v.* BOND ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 98–214.  KEIRSEY ET AL. *v.* DIAMOND ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 98–216.  HENDERSON *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.

No. 98–218.  BINGMAN LABORATORIES, INC. *v.* UNITED STATES. C. A. 6th Cir.  Certiorari denied.

No. 98–220.  SCHILLER *v.* DEPARTMENT OF STATE.  C. A. 4th Cir.  Certiorari denied.

No. 98–221.  LUBRIZOL CORP. *v.* EXXON CHEMICAL PATENTS, INC., ET AL.  C. A. Fed. Cir.  Certiorari denied.

No. 98–226.  SHONG-CHING TONG *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL.  C. A. 9th Cir. Certiorari denied.